## Commonwealth *v.* Cook, Appellant.

Submitted November 13, 1972. *Gordon C. Post, Jr.,* for appellant; *James A. Caldwell,* Assistant District Attorney, and *W. Thomas Andrews,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Contakos, Appellant.

Argued November 14, 1972. *Herman M. Rodgers,* with him *Rodgers, Marks, Irwin & Perfilio,* for appellant; *John F. Dent,* Assistant District Attorney, with him *John N. Scales,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas.

CERCONE, J., absent.

## Commonwealth *v.* Contakos, Appellant.

750

Argued November 14, 1972. *Herman M. Rodgers,* with him *Rodgers, Marks, Irwin & Perfilio,* for appellant; *Rabe F. Marsh, III,* Assistant District Attorney, with him *John N. Scales,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas.

CERCONE, J., absent.


Commonwealth *v.* Copney, Appellant.

Argued November 13, 1972. *Sallie Ann Radick,* Assistant Public Defender, with her *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., absent.


Commonwealth *v.* Duray, Appellant.